# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:24-po-00189-SAB |
| Plaintiff, ) | |
| v. ) | **DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |
| FREYDA S CARMONA, ) | |
| Defendant. ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 CFR 261.54(e)

**Sentence Date:** December 12, 2024

**Review Hearing Date:** May 15, 2025

**Probation Expires On:** June 12, 2025

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $240 which Total Amount is made up of a Fine: $ 200 Special Assessment: $10    Processing Fee: $30 Choose an item. Restitution: $

☐ Payment schedule of $         per month by the         of each month.

☐ **Community Service hours Imposed of:**

☐ **Other Conditions:**

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
☐ If not paid in full when was last time payment:        Date: Click here to enter a date.
Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

*GOVERNMENT'S POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: Jeffrey Spivak

DATED: 5/1/2025                               */s Chan Hee Chu*  
                                              CHAN HEE CHU  
                                              ASSISTANT U.S. ATTORNEY

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 5/15/2025 at 10 am

  ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

  ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: 5/1/2025                               */s/ Laura Myers*  
                                              LAURA MYERS  
                                              DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: **May 5, 2025**

STANLEY A. BOONE  
United States Magistrate Judge